IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOSHUA STRONG,

        Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

No. 3:12-cv-02046-HZ

JUDGMENT

Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed pursuant to sentence four of 42 U.S.C. § 405(g).

DATED this 27 day of Oct, 2013.

/s/ Marco Hernandez
MARCO A. HERNANDEZ
United States District Judge

1 - JUDGMENT