Merrill Schneider, OSB #77336
merrillschneider@schneiderlaw.com
Schneider Kerr Law Offices
P.O. Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145

---

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

---

| | | |
|---|---|---|
| JOSHUA STRONG, | ) ) ) ) | No. 3:12-cv-02046-HZ |
| Plaintiff -Appellant, | ) ) ) | |
| v. | ) ) | **NOTICE OF APPEAL** |
| CAROLYN W. COLVIN, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) ) ) ) ) | |
| Defendant-Appellee. | ) ) | |

NOTICE IS HEREBY GIVEN that the above-captioned Plaintiff-Appellant

hereby appeals to the United States Court of Appeals for the Ninth Circuit, from the

final JUDGMENT of this court, entered on October 29, 2013, affirming the April 11,

NOTICE OF APPEAL- 1

2011, decision of the Defendant-Appellee denying Plaintiff-Appellant's claim for

benefits under the Social Security Act.

The following representation statement is submitted pursuant to FRAP 12(b), and

Circuit Rule 3-2(b):

*Parties*:        Joshua Strong:   Plaintiff -Appellant;

Carolyn W. Colvin, Commissioner of Social Security Administration:
Defendant-Appellee.

*Counsel for Plaintiff-Appellant*:        MERRILL SCHNEIDER
merrillschneider@schneiderlaw.com
Schneider Kerr Law Offices
P.O. Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145

*Counsel for Defendant-Appellee*:        S. AMANDA MARSHALL
United States Attorney
District of Oregon

ADRIAN L. BROWN
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, OR 97201-2902
Telephone: 503- 727-1003
Fax: 503- 727-1117

DAVID MORADO
Regional Chief Counsel

NOTICE OF APPEAL- 2

LARS J. NELSON
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington 98104
Telephone:  206- 615-2909
Fax: 206-615-2531

Dated this 26th day of  December, 2013.

Respectfully submitted,

/s/ Merrill Schneider
Merrill Scheider, OSB #77336
Attorney for Plaintiff-Appellant

NOTICE OF APPEAL- 3

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Plaintiff's Notice of Appeal was filed with the

Clerk of the Court on December 26, 2013, using the CM/ECF system, which will send

notification of such filing to the following:  S. Amanda Marshall and Lars J. Nelson.

<u>/s/ Merrill Schneider</u>
Attorney for Plaintiff-
Appellant